

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2021

No. 04-21-00299-CV

**IN RE** Douglas C. **GLENEWINKEL** and Ward A. Glenewinkel,

From the 456th District Court, Guadalupe County, Texas
Trial Court No. 210-921-CV-E
Honorable Heather H. Wright, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
               Irene Rios, Justice
               Liza A. Rodriguez, Justice

Relators have filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court no later than **August 13, 2021**. Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Furthermore, relators' motion for temporary relief is GRANTED IN PART. We order that the trial court's order granting the motion to expunge lis pendens is STAYED pending the disposition of relators' petition for writ of mandamus.

It is so **ORDERED** on July 29, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT